U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  FEB 1 6 2000

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KERRY WINDHAM, # 92138

VERSUS

JAMES M. LEBLANC, ET AL

CIVIL ACTION

NO. 00-0421

SECTION SECT L MAG 6

ORDER

Considering the application and affidavit to proceed in forma pauperis,

IT IS ORDERED that:

[✓] the motion is GRANTED; the party is entitled to proceed in forma pauperis.

[ ] the motion is MOOT; the party was previously granted pauper status.

[ ] the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

[ ] the motion is DENIED as MOOT; the filing fee has already been paid.

[ ] the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

_____

_____

New Orleans, Louisiana, this 16th day of February, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

FEB 22 2000
DATE OF ENTRY _____