

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KERRY WINDHAM | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0421 |
| JAMES M. LEBLANC, ET AL | * | SECTION: "L"(6) |

### ORDERED

The Court's prior Order referring the above-captioned action filed pursuant to Title 28, United States Code, Section 2254 to the Magistrate Judge is hereby **REVOKED**.

New Orleans, Louisiana, this 2 day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

MAY - 3 2000