FILED
UNITED STATES DISTRICT COURT COURT
EASTERN DISTRICT OF LOUISIANA DISTRICT OF LA

2000 JUL 26  PM 4: 51

LORETTA G. WHYTE
CLERK

KERRY WINDHAM                                    CIVIL ACTION


VERSUS                                           NO.  00-421


JAMES M. LEBLANC                                 SECTION: L


## J U D G M E N T


Considering the Court's Order and Reasons entered herein on July 25, 2000,

accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of

defendant, James M. LeBlanc, and against plaintiff, Kerry Windham, dismissing said

plaintiff's complaint without prejudice.

New Orleans, Louisiana, this _____ day of July, 2000.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE


DATE OF ENTRY

JUL 2 7 2000